UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      *Plaintiff,*<br>v.<br><br>BASIM HENRY,<br><br>      *Defendant.* | Crim. No. 06-626 (KSH)<br><br>**ORDER** |

**KATHARINE S. HAYDEN, U.S.D.J.**

This matter having been opened to the Court by Carl J. Herman, Esq., on behalf of defendant, Basim Henry, with Seth B. Kosto, Assistant U.S. Attorney, appearing for the United States; and the Court having considered all documents submitted in this matter and Henry's civil case No. 07-4080, as well as the arguments of counsel; and the Court having placed its reasons for its ruling on the record on January 31, 2012; and for good cause shown;

**IT IS** on this 8th day of February, 2012,

**ORDERED** that the defendant's motion for relief pursuant to 18 U.S.C. 3582(c)(2) is denied.

                                      /s/ Katharine S. Hayden
                                Katharine S. Hayden, U.S.D.J.